# Court of Appeals
# of the State of Georgia

ATLANTA,  October 06, 2016

*The Court of Appeals hereby passes the following order:*

## A16A2037. STOKES v. FEDERAL NATIONAL MORTGAGE ASSOCIATION et al.

On February 29, 2016, plaintiffs Monique and Nathaniel Stokes filed a petition for "emergency injunctive and declaratory judgment relief" concerning the foreclosure sale of their Marietta home, which was scheduled for the following day, March 1, 2016. Plaintiffs did not ask for a hearing on their petition, however. On March 1, 2016, plaintiffs' property was sold to a third party at the foreclosure sale. After a hearing held on April 18, 2016, the trial court denied plaintiffs' request for emergency relief.

Stokes brings this pro se appeal from the denial of her request to enjoin the foreclosure sale, but that sale has already occurred. "[S]ince the injunctive relief sought by plaintiffs cannot now be granted, it is moot[.]" *Cotton v. First National Bank of Gwinnett County*, 235 Ga. 511, 511 (220 SE2d 132) (1975). This appeal is therefore DISMISSED. Id. (dismissing appeal when a vacatur of a temporary restraining order stopping a foreclosure sale was mooted by the occurrence of that sale); *Goodrich v. Bank of America, N.A.*, 329 Ga. App. 41, 43 (762 SE2d 628) (2014) (dismissing appeal from order dismissing previous appeal concerning mortgagor's non-payment of funds as condition precedent to a petition for injunction against a foreclosure sale when the foreclosure had already occurred).



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,* <u>10/06/2016</u>
 *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
 *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *Stephen E. Castlen* _____ *, Clerk.*